**1**

R. N. BROWN, Plaintiff in Error, v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. June 10, 1924.) No. 6708. In Error to the District Court of the United States for the Western District of Oklahoma. William Pfeiffer, of Oklahoma City, Okl., for plaintiff in error. W. A. Maurer, U. S. Atty., of Oklahoma City, Okl.

PER CURIAM. Writ of error docketed and dismissed, without costs to either party in this court, on motion of defendant in error, under rule 16.

**2**

Jack N. CASAVIS, Plaintiff in Error, v. UNITED STATES, Defendant in Error. (Circuit Court of Appeals, Second Circuit. October 14, 1924.) No. 52. In Error to the District Court of the United States for the Southern District of New York. Stephen B. Vreeland and Furman, Thayer & Vreeland, all of New York City, for plaintiff in error. William Hayward, U. S. Atty., of New York City (Elmer H. Lemon, Sp. Asst. U. S. Atty., of Middleton, N. Y., of counsel), for the United States. Before ROGERS, HOUGH and MANTON, Circuit Judges.

PER CURIAM. Writ of error dismissed in open court.

**3**

Max G. COHEN, as Trustee, etc., Plaintiff-Appellee, v. A. SHAPIRO & SON, Inc., Defendant-Appellant. (Circuit Court of Appeals, Second Circuit. October 20, 1924.) No. 31. Appeal from the District Court of the United States for the Southern District of New York. David Haar, of New York City, for plaintiff-respondent. Barnett E. Kopelman, of New York City (Joseph G. M. Browne, of New York City, of counsel), for defendant-appellant. Before ROGERS, HOUGH, and MANTON, Circuit Judges.

PER CURIAM. Decree affirmed.

**4**

Noah CROOKS, Collector, etc., Appellant, v. Edwin W. ZEA, Trustee, etc. (Circuit Court of Appeals, Eighth Circuit. October 9, 1924.) No. 6843. Appeal from the District Court of the United States for the Western District of Missouri. C. C. Madison, U. S. Atty., of Kansas City, Mo., for appellant. Arthur Miller, Maurice H. Winger, and P. E. Reeder, all of Kansas City, Mo., for appellee.

PER CURIAM. Cause docketed and appeal dismissed, without costs to either party in this court, on motion of appellant and stipulation of parties.

**5**

DENVER MUD CHEMICAL CO., Appellant, v. GERMICIDE COMPANY. (Circuit Court of Appeals, Eighth Circuit. June 16, 1924.) No. 6599. Appeal from the District Court of the United States for the Western District of Missouri. Pierre R. Porter, of Kansas City, Mo., for appellant. Robert Stone, of Topeka, Kan., E. H. Gamble, of Kansas City, Mo., and Eugene S. Quinton, and Beryl R. Johnson, both of Topeka, Kan., for appellee.

PER CURIAM. Order of continuance vacated and set aside, and appeal dismissed, with costs, on motion of appellee.

**6**

DULUTH, WINNIPEG & PACIFIC RAILWAY CO., Appellant, v. Suomi KOSKI, as Administratrix, etc. (Circuit Court of Appeals, Eighth Circuit. October 6, 1924.) No. 6657. Appeal from the District Court of the United States for the District of Minnesota. H. V. Mercer, Andrew N. Johnson, and Hector Baxter, all of Minneapolis, Minn., for appellant. M. H. McMahon, Paul S. McMahon, and J. William Rahja, all of Virginia, Minn., for appellee.

PER CURIAM. Appeal dismissed, without costs to either party in this court, per stipulation of parties.

**7**

Willoughby DYE, Trustee, etc., Appellant, v. MACEDONIA STATE BANK OF MACEDONIA, Iowa. (Circuit Court of Appeals, Eighth Circuit. October 6, 1924.) No. 6227. Appeal from the District Court of the United States for the Southern District of Iowa. George S. Wright and Addison G. Kistle, both of Council Bluffs, Iowa, for appellant. D. L. Ross and Tinley, Mitchell, Ross & Mitchell, all of Council Bluffs, Iowa, for appellee.

PER CURIAM. Appeal dismissed, without prejudice, on motion of appellant.

**8**

ERIE RAILROAD COMPANY, Plaintiff in Error (defendant below), v. James A. MacKAY, Jr., Defendant in Error (plaintiff below). (Circuit Court of Appeals, Second Circuit. November 21, 1924.) No. 83. In Error to the District Court of the United States for the Southern District of New York. Edward V. Conwell, of New York City, for plaintiff in error. Sydney A. Syme, of Mt. Vernon, N. Y., for defendant in error. Before HOUGH and MANTON, Circuit Judges, and LEARNED HAND, District Judge.

PER CURIAM. Judgment affirmed, with costs.